UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIE MONTEROSSO,<br><br>    Plaintiff,<br><br>v.<br><br>RECEIVABLES MANAGEMENT PARTNERS, LLC d/b/a RMP SERVICES, LLC,<br><br>    Defendant. | Case No. 2:20-cv-02185-CSB-EIL |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Marie Monterosso ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, Receivables Management Partners, LLC d/b/a RMP Services, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: April 9, 2021                              Respectfully submitted,

                                                  s/ Alexander J. Taylor
                                                  Alexander J. Taylor, Esq.
                                                  Sulaiman Law Group, Ltd.
                                                  2500 S. Highland Avenue, Suite 200
                                                  Lombard, IL 60148
                                                  Phone: (630) 575-8181
                                                  ataylor@sulaimanlaw.com
                                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*
Alexander J. Taylor
