E-FILED
Thursday, 08 July, 2021  12:10:48 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

MARIE MONTEROSSO,

    Plaintiff,

v.

        Case No. 2:20-cv-02185-CSB-EIL

RECEIVABLES MANAGEMENT
PARTNERS, LLC d/b/a RMP
SERVICES, LLC,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJDUICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MARIE

MONTEROSSO, and Defendant, RECEIVABLES MANAGEMENT PARTNERS, LLC d/b/a

RMP SERVICES, LLC, through their respective counsel and pursuant to Federal Rule of Civil

Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its

own costs and attorneys' fees.

DATED: July 8, 2021                       Respectfully submitted,

*/s/ Victor T. Metroff*                       */s/ Louis J. Manetti, Jr. (with consent)*
Victor T. Metroff, Esq.                    Louis J. Manetti, Jr.
Sulaiman Law Group, Ltd.                David M. Schultz
2500 S. Highland Ave., Ste. 200          HINSHAW & CULBERTSON
Lombard, Illinois 60148                 151 N. Franklin St., Suite 2500
Phone: (630) 575-8181                 Chicago, IL 60606
Fax: (630) 575-8188                   (312) 704-3000
vmetroff@sulaimanlaw.com            lmanetti@hinshawlaw.com
**COUNSEL FOR PLAINTIFF**          dschultz@hinshawlaw.com
                                   **COUNSEL FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*<u>/s/ Omar T. Sulaiman</u>*
Omar T. Sulaiman